IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY SPAK,<br>　　　　Plaintiff | : | No. 24cv185 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| THE OSCAR SMITH COMPANY; and<br>CLIFFORD MUENCH, owner and<br>president of Oscar Smith,<br>　　　　Defendants | : | |

## ORDER

**AND NOW**, to wit, this 20th day of August 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendants Clifford Muench and the Oscar Smith Company's motion to dismiss plaintiff's complaint, (Doc. 7), is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court